**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

-vs-   Case No. 2:10-cr-93-FtM-36SPC

**JACOB MCCOWAN**

_____

**ORDER APPOINTING COUNSEL**

On August, 2010, the Court granted the withdrawal of the Federal Public Defender's Office due to a conflict of interest. The Defendant qualifies within the meaning of Title 18, United States Code, Section 3006A, therefore, CJA Counsel is necessary for the Defendant to be represented during the remainder of the proceedings. **Landon Miller, Esq.**, is hereby appointed to represent the Defendant. The Defendant may be required to reimburse the United States for the costs and expenses of appointed counsel and at the conclusion of these proceedings the United States may file a Motion for Reimbursement of Costs and Attorney's Fees, if it is deemed appropriate

**DONE** and **ORDERED** in Ft. Myers, Florida on this ___30th___ day of August, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record